UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SUTHERLAND GLOBAL SERVICES, INC.,

        Plaintiff,

v.

JOSEPH J. BUGGY,

        Defendant.

---

**ORDER**

6: 17-CV-06784 EAW

Upon consideration of the motion (Dkt. 4) of plaintiff Sutherland Global Services, Inc. ("Plaintiff") to file under seal a document referenced as Exhibit B in paragraph 27 of the Declaration of Ashok Jain as the "Executive Sponsor Spreadsheet" containing proprietary and confidential financial and other information of Plaintiff, the disclosure of which is likely to give rise to competitive injury to Plaintiff, and in which motion Plaintiff seeks related relief in the form of an interim protective order with respect to the Exhibit pursuant to Fed. R. Civ. P. 26(c) prohibiting the use or disclosure of the Exhibit and the information contained therein pending the entry of a protective order, or, in the alternative, permitting plaintiff to withdraw the Exhibit in the event that the Court denies the request to seal and/or denies the request for an interim protective order regarding the same, and upon the said declaration of Ashok Jain dated November 14, 2017 and the declaration of Warren B. Rosenbaum, Esq., dated November 8, 2017 all in support hereof, and after due deliberation, it is hereby

**ORDERED**, that the request is GRANTED, although as noted at the Court appearance on November 20, 2017, the document shall be provided to defense counsel for attorneys' eyes only, and the following procedures will be followed:

1. The confidential Executive Sponsor Spreadsheet will be presented to the Clerk in a sealed envelope with sufficient identification.

2. A redacted copy of the Declaration will be filed both electronically and in hard copy indicating, "filed under seal."

3. Pending further order of this Court, neither defendant nor his attorneys shall use the said Exhibit for any purpose not related to this action, nor shall they disclose to others the said Exhibit or any information contained therein except in this action.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: November 28, 2017
Rochester, New York